UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| JAMES ALAN DINA, | CASE NO. 1:06 CV 2677 |
| Plaintiff, | JUDGE SOLOMON OLIVER, JR. |
| v. | |
| | JUDGMENT ENTRY |
| ANDUENA DOBROSHI, Public Defender, et al., | |
| Defendants. | |

This Court having contemporaneously filed its Memorandum of Opinion in this case, it is therefore ORDERED that this action is dismissed.  Further, the court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

January 8, 2007